No. 01–7264. MARBLY v. O'NEILL, SECRETARY OF THE TREASURY. C. A. 6th Cir. Certiorari denied.

No. 01–7265. LEWIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7268. DAVIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7269. ALBERTO CIRIZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7270. CINTRON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7271. ALCORN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7273. BROWN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 01–7274. MIN SHUN HU v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7275. RODRIGUEZ-GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7278. GOMEZ-SIMON, AKA MANTEROLA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7279. HAMP v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7280. GODMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7281. HARRIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7282. GILMORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7283. GATEWOOD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.